UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF CONNECTICUT

------------------------------

Sharon Johnson                    )

                                  )

V.                                )        Case No. 3:22-cv-00112-VLB

                                  )

State of Connecticut;             )

State of Connecticut              )                    JAN 21 2022 AM 11:52
                                                       FILED-USDC-CT-HARTFORD
Department of Corrections;        )

Jeff Miller;                      )

Steve Plourde                     )

------------------------------

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I.    **Parties**

   **A. Plaintiff**

      Sharon Johnson

      56 Ridge Crest Circle Wethersfield CT 06109

      Telephone Number: 860-478-1826

      Email: sbjohnson100@aol.com

   **B. Defendants**

      The State of Connecticut,

      165 Capitol Avenue, Hartford, CT 06106;

      Telephone Number: 860-509-6200

Email: Exec.sots@ct.gov


The State of Connecticut Department of Corrections

24 Wolcott Hill Rd, Wethersfield, CT 06109

Telephone Number: 860-692-7480

Email: doc.foi@ct.gov


Jeff Miller,

HR Director

24 Wolcott Hill Road, Wethersfield, CT 06109

Telephone: 860-692-6801

Email: jeffrey.a.miller@ct.gov


Steve Plourde,

Payroll Manager at the time before; Assistant Chief

Administrator

24 Wolcott Hill Road, Wethersfield, CT 06109

Telephone: 860-692-7724

Email: steve.plourde@ct.gov


C. **Place of Employment**


State of Connecticut Department of Correction

24 Wolcott Hill Rd, Wethersfield, CT 06109

2

## II.  Basis of Jurisdiction

This action is brought for discrimination in employment
pursuant to Title VII of the Civil Rights Act of 1964, as
codified, 42 U.S.C §§ 2000e to 2000e-17 (race, color,
gender, national origin).

Age Discrimination in Employment Act of 1967, as
codified, 29 U.S.C §§ 621 to 634.

## III. Statement of Claim

The Plaintiff, Sharon Johnson, asserts claims under Title
VII of the Civil Rights Act of 1964, as codified, 42
U.S.C. §§ 2000e to 2000e-17 (race, color, gender,
religion, national origin). Mrs. Johnson was denied the
opportunity to reclassify into the position that she was
performing the tasks of. Mrs. Johnson was forced to do
the work of an HR Specialist while receiving the title
and pay of an HR Assistant. The defendants, The State of
Connecticut, The State of Connecticut Department of
Corrections, Jeff Miller and Steve Plourde, held back
Mrs. Johnson's application for reclassification and
passing reclassification exam, and would not allow Mrs.

Johnson to be reclassified. The defendants did allow Mrs.
Johnson's less qualified white coworkers to reclassify.
Jeff Miller and Steve Plourde advised Mrs. Johnson and
her coworkers that they would receive training
opportunities that would make them more eligible for
promotions. Mrs. Johnson requested the trainings several
times but was not afforded the opportunity to do said
trainings. Jeff Miller and Steve Plourde afforded Mrs.
Johnson's less qualified, white coworkers the
opportunities to participate in the trainings. Mrs.
Johnson applied for a payroll position that she was
qualified and a Gold Candidate (target candidate) for.
Mrs. Johnson was not even afforded an interview for the
position she applied and was qualified for. Mrs.
Johnson's less qualified, white coworkers were allowed to
interview for the position. The payroll position was
given to a less qualified, white employee who was not a
Gold Candidate. Mrs. Johnson being discriminated on by
The State of Connecticut, The State of Connecticut
Department of Corrections, Jeff Miller and Steve Plourde,
based on her color, race and nation origin, has caused
her to suffer significant damages. In addition to
professional and monetary damages that Mrs. Johnson has
suffered due to being discriminated against by the

4

defendants, she has also suffered physical injuries and emotional distress.

## IV.  Exhaustion of Federal Administrative Remedies

I filed a charge with the CHRO, Equal Employment Opportunity Commission and my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on October 18, 2019. The Equal Employment Opportunity Commission issued a Notice of Right to Sue letter, which was received on October 29, 2021.

## V.  Facts

1. At all times mentioned herein, the Plaintiff, Sharon Johnson, is a Black, African American woman.
2. At all times mentioned herein, the Plaintiff, Sharon Johnson, is a resident of the State of Connecticut and is employed by the State of Connecticut at the State of Connecticut Department of Correction.
3. At all times mentioned herein, the defendant, The State of Connecticut Department of Correction, is an entity located in the State of Connecticut.

4. At all times mentioned herein, defendant, Jeff Miller, is employed by the State of Connecticut at the State of Connecticut Department of Correction.

5. At all times mentioned herein, defendant, Steve Plourde, is employed by the State of Connecticut at the State of Connecticut Department of Correction.

**RECLASSIFICATION DISCRIMINATION**

6. From February 2016 to July 2018, the Plaintiff, Mrs. Johnson, was employed as an HR Assistant.

7. From said dates, Mrs. Johnson was performing the job tasks of an HR Specialist without being compensated for doing said job tasks.

8. During this time, Mrs. Johnson requested to be reclassified to the title for the job tasks that she was actually performing, but was denied the opportunity to be properly classified.

9. Mrs. Johnson also passed a State HR Associate exam for reclassification.

10.    Mrs. Johnson submitted a passing exam score and her application for reclassification, to which both were not considered, and Mrs. Johnson was not afforded an opportunity to be reclassified.

11.    Moreover, Jeff Miller wrongfully held back Mrs. Johnson's application and passing exam so that she would not be considered for reclassification.

12.    During this time, the State of Connecticut, The State of Connecticut Department of Corrections and Jeff Miller allowed Mrs. Johnson's less qualified and less experienced white coworkers to be reclassified.

13.    Joyce Becker, Mariola Szlanga and Nayda Concepcion (all white women) reclassification applications were submitted timely.

14.    Mrs. Johnson obtained documents and materials from an FOI request which unveiled the fact that The State of Connecticut, The State of Connecticut Department of Corrections and Jeff Miller intentionally didn't allow Mrs. Johnson to be reclassified, all while allowing less qualified white coworkers to be reclassified.

**TRAINING AND JOB OPPORTUNITY DISCRIMINATION**

15.  In early 2017, Jeff Miller had a meeting with Mrs. Johnson and told her that she would receive training opportunities that would qualify her for promotions.

7

16.  Mrs. Johnson, on several separate occasions, requested the training that was offered to her, but she was never allowed to do the trainings.

17.  Several of Mrs. Johnson's white coworkers (Sylwia Wanat, Mariola Szlanga, Nayda Concepcion and Joyce Becker) were all afforded opportunities to participate in trainings that Mrs. Johnson has been denied access to.

**PAYROLL AND PROMOTION DISCRIMINATION**

18.  On or about December 17, 2019, Mrs. Johnson applied for a payroll officer, 1 job #: 191016-6146AR-001.

19.  Mrs. Johnson was qualified for said position.

20.  Mrs. Johnson was not offered an interview, even though she qualified for the position she applied for, and she was a Gold candidate.

21.  Jeff Miller and Steve Plourde, even after personally being made aware that Mrs. Johnson was a qualified applicant for the payroll position, refused to allow Mrs. Johnson to interview for the position.

22.  Mrs. Johnson's white coworkers were allowed to interview for the payroll position.

23.  The payroll position was given to Marilyn Mull.

8

24.  Marilyn Mull is a white female who was less qualified for the payroll position than Mrs. Johnson.

25.  Marilyn Mull was given the position, even though she had less experience than Mrs. Johnson.

26.  The Gold Candidate (target candidate) for the payroll position, at the time, was a black woman.

27.  Mrs. Johnson was not afforded an opportunity to interview, even though she was a qualified black woman.

28.  Marilyn Mull was allowed to interview and was given the position, even though she was a less qualified white woman.

29.  During the Plaintiff's nine and a half years of employment at the Department of Corrections, there has been no minorities in supervisory positions in the payroll department.

30.  The six supervisors that were hired in the payroll department within those nine and a half years have all been white.

31.  Mrs. Johnson being discriminated on by The State of Connecticut, The State of Connecticut Department of Corrections, Jeff Miller, and Steve Plourde, based on her color, race and national origin, has caused her to suffer significant damages.

32.  Mrs. Johnson was not afforded the opportunity to be properly reclassified and receive her appropriate pay for the work she was doing.

33.  Mrs. Johnson was not afforded the opportunity to participate in trainings that she was promised, which inhibited her ability to be promoted and receive higher compensation.

34.  Mrs. Johnson was not afforded opportunities to interview for jobs she was qualified for which prohibited her ability to be promoted.

35.  While Mrs. Johnson was discriminated against, based on her color, race and national origin, her white, less qualified coworkers were afforded all the opportunities that she was unjustly denied.

36.  In addition to professional and monetary damages that Mrs. Johnson has suffered due to being discriminated against by the defendants, she has also suffered physical injuries and emotional distress.

## VI.  Relief

### DEMAND FOR RELIEF

WHEREFORE: The plaintiff requested money damages against the defendants in excess of five hundred thousand dollars ($500,000.00) and such other further relief as the court deems fair and equitable, including punitive damages.

### JURY DEMAND

Plaintiff request to have a jury trial regarding this matter.

Jamaal T. Johnson, Esq.
The Law Office of J.T. Johnson, L.L.C.
1229 Albany Ave., Suite 301
Hartford, CT 06112
jamaaltjohnson83@gmail.com
(p) (860)278-1000
(f) (860)278-1002
Federal Bar # CT-29701
Juris # 432872

11

**VII. Certification and Closing**

## CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2022 a copy of the foregoing COMPLAINT was filed electronically and served by mail upon anyone unable to accept electronic filing. Notice of this filing was sent by electronic mail to all parties by operation of the Court's electronic filing system, or y mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this file through the court's CM/ECF system.

Jamaal T. Johnson, Esq.
The Law Office of J.T. Johnson, L.L.C.
1229 Albany Ave., Suite 301
Hartford, CT 06112
jamaaltjohnson83@gmail.com
(p) (860)278-1000
(f) (860)278-1002
Federal Bar # CT-29701
Juris # 432872